# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ASPECT SOFTWARE PARENT, INC., *et al.* ) | Case No. 16-10597 (MFW) |
| ) | |
| Reorganized Debtors. ) | (Jointly Administered) |
| ) | |
| ) | |
| BISK EDUCATION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adversary No. 16-51510 (MFW) |
| ) | |
| ASPECT SOFTWARE, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ASPECT SOFTWARE, INC., ) | |
| ) | |
| Counterclaim-Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BISK EDUCATION, INC., ) | |
| ) | |
| Counterclaim-Defendant. ) | |

## NOTICE OF DEPOSITION

To:   **Manish Chandak**
      **c/o: Ravi Shankar, Esq.**
      **Kirkland & Ellis, LLP**
      **300 North Lasalle**
      **Chicago, Illinois 60654**

PLEASE TAKE NOTICE that Plaintiff, Bisk Education, Inc. ("**Bisk**"), will take the deposition of Manish Chandak by oral examination using video tape, audio tape, and/or other

1

stenographic means, or a combination of those means.  The deposition will commence on **May 23, 2018 at 9:30 a.m. (CDT)** at **Chesterfield Center,** 100 Chesterfield Business Parkway, 2nd Floor, Chesterfield, Missouri 63005, or at such time and place as otherwise agreed to in writing by counsel.  The deposition will be before a Notary Public or other officer authorized by law to administer oaths.

You are invited to attend and cross-examine the witness(es).

Dated:  May 4, 2018
Wilmington, Delaware

**CIARDI, CIARDI & ASTIN**

By:   *s/ Joseph J. McMahon, Jr.*
Daniel K. Astin (No. 4068)
John D. McLaughlin, Jr. (No. 4123)
Joseph J. McMahon, Jr. (No. 4819)
1204 N. King Street
Wilmington, DE 19801
Tel: (302) 658-1100
Fax: (302) 658-1300
jmcmahon@ciardilaw.com

- and –

Mahlon H. Barlow (admitted *pro hac vice*)
Paul D. Watson (admitted *pro hac vice*)
**SIVYER BARLOW & WATSON, P.A.**
401 East Jackson Street, Suite 2225
Tampa, FL  33602
Tel: (813) 221-4242
Fax: (813) 227-8598
mbarlow@sbwlegal.com
pwatson@sbwlegal.com

*Counsel for Bisk Education, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 4, 2018, true and correct copies of the Notice of Deposition was be served via electronic mail (where indicated below) and first class United States mail to the following individuals:

Domenic E. Pacitti, Esq.
Linda Richenderfer, Esq.
Klehr Harrison Harvey Branzburg LLP
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
**lrichenderfer@klehr.com**

Morton Branzburg, Esq.
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103

Joshua A. Sussberg, Esq.
Christopher Marcus, Esq.
Aparna Yenamandra, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022

James H.M. Sprayregen, Esq.
Stephen C. Hackney, P.C.
William A. Guerrieri, Esq.
Ravi S. Shankar, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654
**ravi.shankar@kirkland.com**

　　　　　　　　　　　　　　　　　　　　*/s/ Joseph J. McMahon, Jr.*
　　　　　　　　　　　　　　　　　　　　Joseph J. McMahon, Jr. (No. 4819)